# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Kathryne Due, individually and on behalf of the heirs-at-law and wrongful death beneficiaries of Larry P. Due and Kathryn Due, as the Personal Representative of the State of Larry P. Due, ) ) ) ) ) ) | |
| Plaintiff, ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. ) ) | |
| Nabors Drilling USA, LP a Delaware Limited Partnership; and John Does I-V, ) ) ) ) | |
| Defendants. ) ) | Case No. 1:12-cv-032 |

Before the court is the plaintiff's motion for attorney Emily R. Rankin to appear *pro hac vice* on her behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Emily R. Rankin has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the plaintiff's motion (Docket No. 4) is **GRANTED**. Attorney Emily R. Rankin is admitted to practice before this court in the above-entitled action plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 28th day of March, 2012.

                                                    */s/ Charles S. Miller, Jr.*
                                                    Charles S. Miller, Jr.
                                                    United States Magistrate Judge